UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMAR RANDALL #412000,

    Plaintiff,

v.

    Case No: 1:24-cv-344

    HON. ROBERT J. JONKER

HEIDI WASHINGTON et al,

    Defendants.

_____/

## ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on April 21, 2025 (ECF No. 24). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 24) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 19) is GRANTED and Plaintiff's remaining claims are DISMISSED without prejudice.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.


Dated:  May 14, 2025          /s/ Robert J. Jonker
                                              ROBERT J. JONKER
                                              UNITED STATES DISTRICT JUDGE